# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE ERIC DRAKE § Civil Action No. 4:17-MC-69
§ (Judge Mazzant/Judge Nowak)
§

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 10, 2018, the report of the Magistrate Judge (Dkt. #16) was entered containing proposed findings of fact and recommendations that Respondents 7-Eleven, Inc. and Rahkee Sherma's ("Respondents") Motion to Quash the Subpoena Duces Tecum be **GRANTED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Respondents' Motion to Quash the Subpoena Duces Tecum (Dkt. #11) is **GRANTED**. Petitioner Eric Drake's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action is hereby **QUASHED**.

**IT IS SO ORDERED**.
SIGNED this 15th day of February, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE